UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:16-cv-11362-PBS

K. ERIC MARTIN and RENÉ PÉREZ,

    Plaintiffs,

v.

WILLIAM EVANS, in his Official Capacity as Police Commissioner for the City of Boston, and DANIEL F. CONLEY, in his Official Capacity as District Attorney for Suffolk County,

    Defendants.

## **LOCAL RULE 16.1(D)(3) CERTIFICATE OF DEFENDANT WILLIAM B. EVANS**

    I, William B. Evans, hereby certify that I have conferred with counsel with a view to establishing a budget for the costs of conducting the full course and alternative courses of the above-captioned litigation. In addition, we have conferred regarding the resolution of this case through alternative dispute resolution.

Date: January 30, 2017

                                                            William B. Evans

    I, Peter M. Geraghty, hereby certify that I have complied with the requirements of L.R. 16.1(d)(3).

Date: January 30, 2017

                                                            /s/ Peter M. Geraghty
                                                            Peter M. Geraghty

## CERTIFICATE OF SERVICE

    I hereby certify that on January 30, 2017, I served a true copy of this document on the attorney of record for all parties through the CM/ECF system.

                                                                             /s/Peter M. Geraghty
                                                                             Peter M. Geraghty