<pre>
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS
_____
                                       )
K. ERIC MARTIN and                     )
RENÉ PÉREZ                             )
                                       )
        Plaintiffs,                    )
                                       )
                v.                     )   Civ. No 1:16-cv-11362-PBS
                                       )
WILLIAM EVANS, in his Official Capacity as  )
Police Commissioner for the City of Boston, and  )
DANIEL F. CONLEY, in his Official Capacity  )
as District Attorney for Suffolk County,     )
                                       )
        Defendants.                    )
_____ )
</pre>

## PLAINTIFFS' ASSENTED-TO MOTION FOR LEAVE TO FILE A DELAYED JOINT STATEMENT

Plaintiffs Eric Martin and René Pérez move this Court for leave to file a delayed joint statement, attached as Exhibit A. Defendants' counsel have both assented to this motion.

1. A scheduling conference will be held in this case on February 6, 2017. *See* ECF No. 34.

2. Pursuant to Local Rule 16.1, a Joint Statement in preparation for this scheduling conference was due on January 30, 2017.

3. Over the past week, Plaintiffs' counsel has been deeply involved in *Louhghalam v. Trump*, No. 1:17-cv-10154 (D. Mass.), which included an emergency hearing on a petition for writ of habeas corpus on Saturday evening, January 28, 2017, and filing an amended petition for writ of habeas corpus and complaint for declaratory and injunctive relief on February 1, 2017. (Dkt. 6, 18, & 28).

4. Due to these unexpected developments, Plaintiffs' counsel were unable to review and confer with Defendants' counsel until February 1, 2017.

5. Allowance of this motion will not prejudice any party.

WHEREFORE Plaintiffs Eric Martin and René Pérez request that this Court grant leave to file the attached joint statement.

Respectfully submitted,

>PLAINTIFF Eric Martin
>PLAINTIFF René Pérez
>
>By their attorneys,
>
>/s/ Jessie J. Rossman
>Matthew R. Segal, BBO #654489
>Sarah Wunsch, BBO #548767
>Jessie J. Rossman, BBO #670685
>ACLU Foundation of Massachusetts
>211 Congress Street
>Boston, MA 02110
>617-482-3170 ex 337
>jrossman@aclum.org

DATE: February 1, 2017

## CERTIFICATE OF SERVICE

I hereby certify that that the foregoing was filed through the Electronic Filing System and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

DATE: February 1, 2017    /s/ Jessie J. Rossman
                          Jessie J. Rossman