# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| K. ERIC MARTIN and RENÉ PÉREZ,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM EVANS, in his Official Capacity as Police Commissioner for the City of Boston, and DANIEL F. CONLEY, in his Official Capacity as District Attorney for Suffolk County,<br><br>Defendants. | Civ. No. 1:16-cv-11362-PBS |

## JOINT STATEMENT FOR SCHEDULING CONFERENCE

Pursuant to the Notice of Scheduling Conference dated December 28, 2016, and in accordance with Local Rule 16.1, Plaintiffs K. Eric Martin and René Pérez ("Plaintiffs"), Defendant William Evans ("Commissioner Evans"), and Defendant Daniel F. Conley ("District Attorney Conley") (collectively, the "Parties") respectfully submit the following joint statement in connection with the scheduling conference to be held on February 6, 2017.

**I.   Timetable for Discovery and Motion Practice**

    **a. Parties' Position:** All parties assent to a stay of all discovery in the instant case pending the resolution of the Defendants' Motions to Dismiss, Plaintiffs' Oppositions, and Commissioner Evans' Reply. ECF Nos. 16, 18-19, 21, 30-31, 39. The reasons for this request are detailed in an assented-to motion requesting this relief. ECF. No. 40.

b. **Initial Disclosures:** Initial disclosures required by Fed. R. Civ. P. 26(a)(1) must be completed thirty (30) days from the commencement of discovery.

c. **Amendments to Pleadings:** Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed more than four (4) months from the commencement of discovery.

d. **Fact Discovery – Final Deadline:** All discovery, other than expert discovery, must be completed eight (8) months from the commencement of discovery.

e. **Status Conference:** A status conference will be held about eight (8) months from the commencement of discovery. At the time of the status conference and in the event that the Parties know that experts will not be used at trial, the Parties will consider adjusting all subsequent deadlines.

f. **Expert Discovery:**

 i. Plaintiffs' trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed at the close of fact discovery.

 ii. Defendants' trial experts must be designated and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed thirty (30) days from the close of fact discovery.

 iii. All trial experts must be deposed sixty (60) days from the close of fact discovery.

- **g. Dispositive Motions:**
    - i. Dispositive motions, such as motions for summary judgment or partial summary judgment and motions for judgment on the pleadings must be filed sixty (60) days from the close of expert discovery.
    - ii. Oppositions to dispositive motions must be filed within 21 days after service of the motion.
- **h. Pretrial Conference:** An initial pretrial conference will be held about sixty (60) days from the close of expert discovery. The Parties shall prepare and submit a pretrial memorandum in accordance with Local Rule 16.5(d) five (5) business days prior to the date of the conference, except that the Parties need not include matters required by Local Rule 16.5(d)(2) or (3).

## II. Rules About Discovery

a. The parties shall conform with the discovery event limitations set forth in the Local Rule 26.1(c), except that there shall be no limit on the number of separate "sets" of requests for production. Plaintiffs may serve no more than 40 requests for production on each Defendant. Each Defendant may serve no more than 40 requests for production on Plaintiffs.

## III. Trial By Magistrate

The Parties do not consent to a magistrate at this time.

## IV. Alternative Dispute Resolution

The Parties have not participated in the Court's mediation program but may elect to do so once discovery has been completed. The Parties remain open to the possibility of

alternative dispute resolution and will notify the court in the event that the Parties decide to pursue such a course.

## V. Settlement

The Plaintiff will make a settlement demand before the date of the scheduling conference. The Defendants have not made an offer of settlement at this time.

## VI. Certifications

The Parties shall serve their Certificates of Compliance in accordance with Local Rule 16.1.

[*Signatures on next page*]

Respectfully submitted,

| | |
|---|---|
| PLAINTIFFS, K. ERIC MARTIN and RENÉ PÉREZ, | DEFENDANT, WILLIAM B. EVANS, |
| By their attorneys, | Eugene O'Flaherty, Corporation Counsel |
| | By his attorneys, |
| /s/ *Jessie J. Rossman*<br>Matthew R. Segal, BBO No. 654489<br>Sarah Wunsch, BBO No. 548767<br>Jessie J. Rossman, BBO No. 670685<br>ACLU Foundation of Massachusetts<br>211 Congress Street<br>Boston, MA 02110<br>(617) 482-3170 x 337<br>jrossman@aclum.org | /s/ *Matthew M. McGarry*<br>Matthew M. McGarry, BBO No. 678363<br>Assistant Corporation Counsel<br>City of Boston Law Department<br>One City Hall Square, Room 615<br>Boston, MA 02201<br>(617) 635-4042<br>Matthew.McGarry@boston.gov |
| For District Attorney Daniel Conley:<br><br>Maura Healey<br>Attorney General | Peter M. Geraghty, BBO No. 664197<br>Special Assistant Corporation Counsel<br>Boston Police Department<br>Office of the Legal Advisor<br>Boston, MA 02120<br>(617) 343-4550<br>peter.geraghty@pd.boston.gov |
| /s/ *Ryan E. Ferch*<br>Ryan E. Ferch, BBO No. 670151<br>Assistant Attorney General<br>Criminal Bureau<br>One Ashburton Place<br>Boston, Massachusetts 02108<br>(617) 727-2200, ext. 2842<br>ryan.ferch@state.ma.us | |

Dated: February 1, 2017

## CERTIFICATE OF SERVICE

      I hereby certify that on the date below, I served a true copy of this document on the attorney of record for all parties through the CM/ECF system.

Date:  February 1, 2017                                        /s/ *Jessie J. Rossman*
                                                                                         Jessie J. Rossman