# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| K. ERIC MARTIN and RENÉ PÉREZ, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM EVANS, in his Official Capacity as Police Commissioner for the City of Boston, and DANIEL F. CONLEY, in his Official Capacity as District Attorney for Suffolk County, <br><br> Defendants. | CIVIL ACTION NO. 1:16-cv-11362-PBS |

## UPDATED JOINT STATEMENT FOR SCHEDULING CONFERENCE

Plaintiffs K. Eric Martin and René Pérez ("Plaintiffs"), Defendant William Evans ("Commissioner Evans"), and Defendant Daniel F. Conley ("District Attorney Conley") (collectively, the "Parties") respectfully submit the following updated joint statement following the scheduling conference held on April 25, 2017.

### I. Timetable for Discovery and Motion Practice

a. **Responsive Pleadings:** Defendants responsive pleadings are due June 12, 2017.

b. **Commencement of Discovery:** Discovery will commence on April 26, 2017.

c. **Initial Disclosures:** Initial disclosures required by Fed. R. Civ. P. 26(a)(1) must be completed by May 26, 2017.

**d. Amendments to Pleadings:** Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after August 25, 2017.

**e. Fact Discovery – Final Deadline:** All discovery must be completed by December 22, 2017.

**f. Dispositive Motions:**

 i. Dispositive motions, such as motions for summary judgment or partial summary judgment and motions for judgment on the pleadings, must be filed by January 30, 2017.

 ii. Oppositions to dispositive motions, if any, must be filed by February 21, 2017.

**g. Summary Judgment Hearing:** A hearing on any dispositive motions filed shall be held on March 28, 2018.

## II. Rules About Discovery

a. The parties shall conform with the discovery event limitations set forth in the Local Rule 26.1(c), except that there shall be no limit on the number of separate "sets" of requests for production. Plaintiffs may serve no more than 40 requests for production on each Defendant. Each Defendant may serve no more than 40 requests for production on Plaintiffs.

## III. Trial By Magistrate

The Parties do not consent to a magistrate at this time.

**IV.     Alternative Dispute Resolution**

Per the Court's order (Dkt. No. 64), the case will be referred to alternative dispute resolution with Judge Donald L. Cabell in September 2017.

**[*Signatures on next page*]**

Respectfully submitted,

| | |
|---|---|
| PLAINTIFFS, K. ERIC MARTIN and RENÉ PÉREZ, | DEFENDANT, WILLIAM B. EVANS, |
| By their attorneys, | Eugene O'Flaherty, Corporation Counsel |
| | By his attorneys, |
| /s/ *Jessie J. Rossman* <br> Matthew R. Segal, BBO No. 654489 <br> Sarah Wunsch, BBO No. 548767 <br> Jessie J. Rossman, BBO No. 670685 <br> ACLU Foundation of Massachusetts <br> 211 Congress Street <br> Boston, MA 02110 <br> (617) 482-3170 x 337 <br> jrossman@aclum.org | /s/ *Matthew M. McGarry* <br> Matthew M. McGarry, BBO No. 678363 <br> Assistant Corporation Counsel <br> City of Boston Law Department <br> One City Hall Square, Room 615 <br> Boston, MA 02201 <br> (617) 635-4042 <br> Matthew.McGarry@boston.gov |
| */s/ William D. Dalsen* <br> William D. Dalsen, BBO No. 689334 <br> Proskauer Rose LLP <br> One International Place <br> Boston, MA 02110 <br> (617) 526-9600 <br> wdalsen@proskauer.com | Peter M. Geraghty, BBO No. 664197 <br> Special Assistant Corporation Counsel <br> Boston Police Department <br> Office of the Legal Advisor <br> Boston, MA 02120 <br> (617) 343-4550 <br> peter.geraghty@pd.boston.gov |
| | For District Attorney Daniel Conley: |
| | Maura Healey <br> Attorney General |
| | /s/ *Ryan E. Ferch* <br> Ryan E. Ferch, BBO No. 670151 <br> Assistant Attorney General <br> Criminal Bureau <br> One Ashburton Place <br> Boston, Massachusetts 02108 <br> (617) 727-2200, ext. 2842 <br> ryan.ferch@state.ma.us |
| Dated: May 1, 2017 | |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the date below, I served a true copy of this document on the attorney of record for all parties through the CM/ECF system.

Date: May 1, 2017                   */s/ William D. Dalsen*
                                                    William D. Dalsen