UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| K. ERIC MARTIN, et al.,<br>   Plaintiffs,<br><br>v.<br><br>WILLIAM GROSS et al.,<br>   Defendants. | )<br>)<br>)<br>)<br>)   Civil Action No. 1:16-cv-11362-PBS<br>)<br>)<br>)<br>) |

## NOTICE OF AUTOMATIC SUBSTITUTION OF PARTY

Notice is hereby given that District Attorney Rachael Rollins has succeeded to the office of District Attorney for the Suffolk District.  Because one named defendant in this action is the District Attorney for the Suffolk District (in his official capacity), D.A. Rollins (in her official capacity) is automatically substituted for that defendant pursuant to Federal Rule of Civil Procedure 25(d).

D.A. Rollins respectfully requests that the caption of this action be amended accordingly.

Respectfully submitted,

MAURA HEALEY
ATTORNEY GENERAL

 /s/ Eric A. Haskell
_____
Eric A. Haskell, BBO No. 665533
Matthew P. Landry, BBO No. 690441
Assistant Attorneys General
One Ashburton Place
Boston, Mass.  02108
(617) 963-2855
eric.haskell@state.ma.us

January 3, 2019

## CERTIFICATE OF SERVICE

      I certify that a true copy of this document will be sent electronically by the ECF system to attorneys of record identified on the Notice of Electronic Filing.

                                            */s/ Eric A. Haskell*

                                            _____

January 3, 2019                                    Eric A. Haskell
                                                Assistant Attorney General