UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| K. ERIC MARTIN and RENÉ PÉREZ<br>   Plaintiffs | |
| V. | CIVIL ACTION |
| WILLIAM GROSS, in His Official Capacity as Police Commissioner for the City of Boston, and<br>RACHAEL ROLLINS, in Her Official Capacity as District Attorney for Suffolk County<br>   Defendants | NO. 1:16-cv-11362- PBS |

**<u>JUDGMENT</u>**

SARIS, C.J.

Pursuant to the Court's Declaratory Judgment and Order dated <u>May 22, 2019</u>, it is hereby ORDERED that Judgment is entered in favor for Plaintiffs, and that this case be closed forthwith.

By the Court,

5/22/2019                          /s/ Miguel A. Lara
   Date                              Deputy Clerk