## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

K. ERIC MARTIN and RENÉ PÉREZ,

      *Plaintiffs*,

v.

WILLIAM GROSS, in his Official Capacity
as Police Commissioner for the City of
Boston, and RACHAEL ROLLINS, in her
Official Capacity as District Attorney for
Suffolk County,

      *Defendants*.

Civil Action No. 1:16-cv-11362-PBS

## PLAINTIFFS' ASSENTED-TO MOTION TO EXTEND TIME TO FILE PETITION FOR ATTORNEYS' FEES AND BILL OF COSTS

Pursuant to Fed. Rules of Civ. Proc 54(d)(2), plaintiffs Eric Martin and René Pérez move to extend the time for plaintiffs to file their petition for attorneys' fees and bill of costs for 90 days until September 3, 2019. Defendants William Gross and Rachael Rollins assent to such an extension. In support of this motion, plaintiffs state:

1. On May 22, 2019, this Court entered final judgment in favor of plaintiffs. ECF No. 175. Under Rule 54(d), plaintiffs' petition for attorneys' fees under 42 U.S.C. § 1988 would be due on June 5, 2019, unless this Court orders otherwise.

2. Settlement discussions regarding attorneys' fees and costs are likely to be the most efficient way to resolve the matter without further court involvement.

3. Undersigned counsel will be traveling outside of the United States from July 5, 2019 to July 27, 2019.

4. Accordingly, in an effort to facilitate settlement discussions, plaintiffs request an additional 90 days to file their petition for attorneys' fees and bill of costs. If settlement is unsuccessful, the plaintiffs will file their petition by September 3, 2019.

5. Defendants have agreed to the requested 90-day extension of time.

WHEREFORE, plaintiffs respectfully request that the Court issue a 90-day extension of time to file their petition for attorneys' fees and bill of costs until September 3, 2019.

Dated:  June 5, 2019

Respectfully submitted,

*/s/ Jessie J. Rossman*

Jessie J. Rossman (BBO No. 670685)
Matthew R. Segal (BBO No. 654489)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS
211 Congress Street
Boston, MA 02110
(617) 482-3170
jrossman@aclum.org

William D. Dalsen (BBO No. 689334)
PROSKAUER ROSE LLP
One International Place
Boston, MA  02110-2600
Telephone: (617) 526-9600
Facsimile: (617) 526-9899
wdalsen@proskauer.com

*Attorneys for Plaintiffs K. Eric Martin and René Pérez*

## **LOCAL RULE 7.1 (A)(2) CERTIFICATION**

I herby certify that I have conferred with defendants' counsel in this matter and attempted in good faith to resolve or narrow these issues.

Dated:          June 5, 2019                              */s/ Jessie J. Rossman*
                                                         Jessie J. Rossman (BBO No. 670685)

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was filed via the Court's CM/ECF system and that and a copy will be sent automatically to all counsel of record on June 5, 2019.

                                                         */s/ Jessie J. Rossman*
                                                         Jessie J. Rossman (BBO No. 670685)