UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| K. ERIC MARTIN, et al.,<br>　　　　Plaintiffs,<br><br>　　v.<br><br>WILLIAM GROSS et al.,<br>　　　　Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 1:16-cv-11362-PBS<br>)<br>)<br>) |

### DISTRICT ATTORNEY RACHAEL ROLLINS'S NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 3(a)(1), defendant District Attorney Rachael Rollins hereby provides notice of her appeal to the United States Court of Appeals for the First Circuit from this Court's judgment dated May 22, 2019.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　MAURA HEALEY
　　　　　　　　　　　　　　　　　　ATTORNEY GENERAL

　　　　　　　　　　　　　　　　　　　*/s/ Eric A. Haskell*
　　　　　　　　　　　　　　　　　　_____
June 21, 2019　　　　　　　　　　　Eric A. Haskell, BBO No. 665533
　　　　　　　　　　　　　　　　　　Matthew P. Landry, BBO No. 690441
　　　　　　　　　　　　　　　　　　Assistant Attorneys General
　　　　　　　　　　　　　　　　　　One Ashburton Place
　　　　　　　　　　　　　　　　　　Boston, Massachusetts  02108
　　　　　　　　　　　　　　　　　　617-963-2855
　　　　　　　　　　　　　　　　　　eric.haskell@state.ma.us

### CERTIFICATE OF SERVICE

　　I certify that a copy of this document will be sent electronically by the ECF system to attorneys of record identified on the Notice of Electronic Filing.

　　　　　　　　　　　　　　　　　　　*/s/ Eric A. Haskell*
　　　　　　　　　　　　　　　　　　_____
June 21, 2019　　　　　　　　　　　　　Eric A. Haskell
　　　　　　　　　　　　　　　　　　　Assistant Attorney General