IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| K. ERIC MARTIN and RENÉ PÉREZ,<br><br>    *Plaintiffs*,<br>v.<br><br>GREGORY LONG, in his Official Capacity as Police Commissioner for the City of Boston, and RACHAEL ROLLINS, in her Official Capacity as District Attorney for Suffolk County,<br><br>    *Defendants*. | Civil Action No. 1:16-cv-11362-PBS |

## JOINT STATUS REPORT

Plaintiffs K. Eric Martin and René Pérez ("Plaintiffs"), and Defendants Gregory Long and District Attorney Rachael Rollins (each in their official capacity) (together, "Defendants," and collectively with Plaintiffs, the "Parties") submit the following status report relative to the Parties' effort to resolve the issue of attorneys' fees and costs:

1. The Plaintiffs extended a settlement proposal on March 22, 2021.

2. The Defendants extended a counter-offer on July 20, 2021.

3. The Plaintiffs are reviewing the Defendants' counter-offer, and Counsel for the Parties have agreed to have a follow up call on July 28, 2021.

4. The Parties have agreed that if they reach an impasse in the negotiations prior to the August 2, 2021 Status Conference, they will shift their efforts to proposing a briefing schedule for Plaintiffs' fee petition.


Dated: July 21, 2021

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| | DEFENDANT, GREGORY LONG<br>By his attorney,<br>Henry C. Luthin<br>Corporation Counsel |
| */s/ William D. Dalsen*<br>William D. Dalsen (BBO No. 689334)<br>PROSKAUER ROSE LLP<br>One International Place<br>Boston, MA  02110-2600<br>Telephone: (617) 526-9600<br>Facsimile: (617) 526-9899<br>wdalsen@proskauer.com | */s/ Nieve Anjomi*\*<br>Nieve Anjomi (BBO #651212)<br>Senior Assistant Corporation Counsel<br>City of Boston Law Department<br>City Hall, Room 615<br>Boston, MA 02201<br>(617) 635-4098<br>nieve.anjomi@boston.gov<br><br>*With Permission |
| Jessie J. Rossman (BBO No. 670685)<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF MASSACHUSETTS<br>211 Congress Street<br>Boston, MA 02110<br>(617) 482-3170<br>jrossman@aclum.org<br><br>*Attorneys for Plaintiffs K. Eric Martin and René Pérez* | |
| | MAURA HEALEY<br>ATTORNEY GENERAL<br><br>*/s/ Eric A. Haskell*\*<br>Eric A. Haskell, BBO No. 665533<br>Assistant Attorney General<br>One Ashburton Place<br>Boston, Massachusetts  02108<br>617-963-2855<br>eric.haskell@mass.gov<br><br>*Counsel for District Attorney Rachael Rollins*<br>\* With Permission |

3

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was filed via the Court's CM/ECF system and that and a copy will be sent automatically to all counsel of record on July 21, 2021.

                                      */s/ William D. Dalsen*
                                      William D. Dalsen (BBO No. 689334)