IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| K. ERIC MARTIN and RENÉ PÉREZ,<br><br>    *Plaintiffs*,<br>v.<br><br>GREGORY LONG,[1] in his Official Capacity as Police Commissioner for the City of Boston, and KEVIN R. HAYDEN,[2] in his Official Capacity as District Attorney for Suffolk County,<br><br>    *Defendants*. | Civil Action No. 1:16-cv-11362-PBS |

## JOINT STATUS REPORT

Pursuant to this Court's order (Dkt. No. 228), Plaintiffs K. Eric Martin and René Pérez ("Plaintiffs"), and Defendants Gregory Long and District Attorney Kevin R. Hayden (each in their official capacity) (together, "Defendants," and collectively with Plaintiffs, the "parties") respectfully submit this joint status report regarding the issue of attorneys' fees and costs. The parties respectfully state as follows:

    1.    On May 16, 2022, the parties executed a mutually acceptable settlement agreement ("Settlement Agreement") regarding the issue of attorneys' fees and costs. Defendants must issue the settlement payment in full for the Settlement Agreement to become effective.

    2.    Defendants are working expeditiously to issue the settlement payment in full to Plaintiffs, but at this time Defendants cannot state or estimate when the Settlement Payment will be made to Plaintiffs in full.

---

[1] Gregory Long is substituted by operation of law per Fed. R. Civ. P. 25(d).

[2] Kevin R. Hayden is substituted by operation of law per Fed. R. Civ. P. 25(d).

3.  The parties therefore respectfully request that the Court order a further joint status report on September 1, 2022, by which point the parties presently believe they will have further progress to report.

4.  The parties thank the Court for its continued attention to this matter.

WHEREFORE, the parties respectfully request the Court order a further joint status report to be filed on September 1, 2022.

*[Remainder of Page Intentionally Left Blank]*

Dated: May 27, 2022

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| | DEFENDANT, GREGORY LONG<br>By his attorney,<br>ADAM CEDERBAUM<br>Corporation Counsel |
| /s/ William D. Dalsen<br>William D. Dalsen (BBO No. 689334)<br>PROSKAUER ROSE LLP<br>One International Place<br>Boston, MA  02110-2600<br>Telephone: (617) 526-9600<br>Facsimile: (617) 526-9899<br>wdalsen@proskauer.com | /s/ Nieve Anjomi*<br>Nieve Anjomi (BBO #651212)<br>Senior Assistant Corporation Counsel<br>City of Boston Law Department<br>City Hall, Room 615<br>Boston, MA 02201<br>(617) 635-4098<br>nieve.anjomi@boston.gov |
| | * With Permission |
| – and – | |
| Jessie J. Rossman (BBO No. 670685)<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF MASSACHUSETTS<br>211 Congress Street<br>Boston, MA 02110<br>(617) 482-3170<br>jrossman@aclum.org | MAURA HEALEY<br>ATTORNEY GENERAL<br><br>/s/ Adam Hornstine*<br>Eric A. Haskell, BBO No. 665533<br>Adam Hornstine, BBO No. 666296<br>Assistant Attorney General<br>One Ashburton Place<br>Boston, Massachusetts  02108<br>617-963-2855<br>eric.haskell@mass.gov<br>Adam.Hornstine@mass.gov |
| *Attorneys for Plaintiffs K. Eric Martin and René Pérez* | * With Permission |

3

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the above document was filed via the Court's CM/ECF system and that and a copy will be sent automatically to all counsel of record on May 27, 2022.

                                                 */s/ William D. Dalsen*
                                                 William D. Dalsen (BBO No. 689334)