UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

K ERIC MARTIN, AND RENE PEREZ                    )
                                                 )
            Plaintiffs,                          )
      v.                                         )          CIVIL ACTION
                                                 )          NO. 16-11362-PBS
GREGORY LONG AND KEVIN R. HAYDEN                 )
            Defendants.                          )

## SETTLEMENT ORDER OF DISMISSAL

SARIS, D.J.

The Court having been advised, on May 27, 2022, that the above-entitled action has

been settled:

It is hereby ORDERED that this action is hereby DISMISSED without prejudice to the right

of any party, upon good cause shown to re-open the action within ninety (90) days if settlement

is not consummated.


                              By the Court:

                              Robert Farrell, Clerk


                              / s / Clarilde Karasek
                              Deputy Clerk

DATED: June 30, 2022